# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Sonya Mary Streiff-Garza,  Civ. No. 16-2759 (ADM/BRT)

        Plaintiff,

v.

Mint Properties,  **ORDER**

        Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated September 7, 2016. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. This action is **SUMMARILY DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction pursuant to Fed. R. Civ. P. 12(h)(3).

2. Plaintiff's application to proceed *in forma pauperis* (Doc. No. 2) is **DENIED**.

3. Plaintiff's motion to take notice (Doc. No. 3) is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: September 27, 2016  s/Ann D. Montgomery
       ANN D. MONTGOMERY
       United States District Judge